JOHN FRAUSTO
*Pro Per*
5213 Cronus Street
Los Angeles, CA 90032
(323) 301-2587



FILED
CLERK, U.S. DISTRICT COURT

SEP 1 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

CV13- 6871 *STO (MRWX)*

| | |
|---|---|
| MARTINGALE INVESTMENTS, LLC, | Case No.: _____ |
| Plaintiff, | |
| | NOTICE OF REMOVAL |
| v. | |
| | Removed from Los Angeles County California Superior Court – |
| JOHN FRAUSTO and DOES 1-10, | Case Number: 13U08446 |
| Defendants. | Pursuant to 28 U.S.C. § 1441 and § 1332 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION:**

PLEASE TAKE NOTICE that pursuant to Title 28-Part IV, Chapter 89, commencing with § 1441- Actions Removable Generally, Defendant, JOHN FRAUSTO, hereby removes to this Court the State Court action described below.

On July 16, 2013, an action was commenced in the Los Angeles County Superior Court, Central , as case number 13U08446. JOHN FRAUSTO is a defendant in a civil action filed in the Los Angeles County Superior Court matter entitled  MARTINGALE INVESTMENTS, LLC v. JOHN FRAUSTO.    Said case proceeded in unlawful detainer for possession. Plaintiff and

– 1 –

PAID

SEP 1 8 2013

Clerk, US District Court

1   Plaintiff's attorney have caused Defendant harm under title 42 USC 1983. Therefore Defendant

2   seeks her remedy in this Court.

3       This Notice of Removal is timely being triggered by the change in jurisdiction

4   requirement for federal issues are precedent to any determination in the limited court jurisdiction.

5

6   Defendant seeks a safe harbor of her constitutional rights for a home in the face of housing

7   discrimination from plaintiff and retaliatory eviction in violation of federal housing laws.

8   Defendant is one of class protected by Obama Homeowner Protection  Law in foreclosure,

9   California Homeowners Bill of Rights, and consumer protections and Apostolic Letter issued

10  Motu Proprio of the Supreme Pontiff Francis of the Vatican City.

11

12      Though the matter was filed as state unlawful detainer, the district court has original and

13  exclusive jurisdiction of all cases where an Act of Congress has conferred exclusive jurisdiction.

14  Though the case was commenced in State Court, it cannot be adjudicated in the limited court

15  jurisdiction of the state unlawful detainer action.  The district court has exclusive jurisdiction

16  over the claims presented by the plaintiff as evolved from the real parties in interest.

17

18      The plaintiff is being investigated for illegal discrimination and violation of fair housing

19  Act and under other agencies reviews conducted by the Department of Housing and Urban

20  Development and City of Los Angeles Planning and Building Agency, Community Preservation

21  Division.   Their activities are under the exclusive jurisdiction of the district court as it regards

22  the clear and consistent restructuring guidelines for the entire housing industry for protection of

23  homes, and federal laws for securitization and banking.

24

25  **This Notice of Removal is timely in that the events of discovery, the "order or other**

26  **paper from which it may first be ascertained that the case is one which is or has become**

27  **removable" (28 U.S.C. §1446(b)).  In 2013 JOHN FRAUSTO learned that discriminatory**

28

– 2 –

*NOTICE OF REMOVAL, under 28 U.S.C. § 1441*

and retaliatory actions taken by plaintiff were made concerning defendant's eviction from the subject property that resulted in an unfair unlawful detainer matter and civil rights violation . The continuation of plaintiff tactics to continue in the same process to wrongfully take possession of the subject property and fail to correct property notice defects, was obvious retaliatory discrimination. Defendant with no other choice than a determination of the underlying federal issues and violations as well as violations of federal mandate for a moratorium on illegal retaliatory evictions, and issues of discrimination against him. Now his rights to possession are ignored while the plaintiff clothes its wrongful housing federal violations with a phantom appearance of a simple state case in a court that lacks any jurisdiction. This is the fraud on the state court that is joined by the state court. Further that matter is not in the proper venue.

   At the federal level, the US Department of Housing and Urban Development (HUD) reinforces and administers the US Fair Housing Act to stop illegal racial, gender, nationality, religious, political, disability, age and familial status discrimination in the housing and real estate matters. Other federal housing laws also affect rights and responsibilities in real estate matters including the 5th and 14th amendments to the US Constitution, the Americans with Disabilities Act, the Civil Rights Act, the Age Discrimination Act, and various Presidential "Executive Orders" pertaining to environmental justice, Equal Opportunity and Discrimination in housing.

   This removal is timely and properly brought as the federal questions have just been discovered and preempt the jurisdiction of the limited state court action.

   Defendant has filed a Motion for Removal to Federal Court pursuant to his constitutional rights to due process. The Fifth Amendment of the United States Constitution states, "No

– 3 –

1   individual shall be deprived of life, liberty, or property, without due process of law...

2   "According to the Fourteenth Amendment of the United States Constitution, Due Process Clause

3   and Equal Protection clause (Section 1), expressly declares no state shall make or enforce any

4   law which shall abridge the privileges or immunities of citizens of the United States; nor shall

5   any State deprive any person of life, liberty, or property, without due process of law..."

6

7         Defendant  JOHN FRAUSTO believes alleges and maintains that the State Court

8   Eviction under an Unlawful Detainer Action deprives him of his Constitutional rights to due

9   process, and that he was therein treated as if  he had no interest in her own home and dwelling

10  place, and therefore removal to Federal Court was the only adequate means for Defendant  to

11  protect his home interests in his home.  Further, Plaintiff ignores the evaluation of the violations

12  of the federal issues, violation of his due process rights to review under, as well as his rights to

13  take action against illegal discrimination and retaliatory eviction.  Further inquiry is needed to

14  determine all the violations and halt the improper retaliation and discrimination attempt to evict

15  JOHN FRAUSTO from his home.  Plaintiff treats JOHN as a squatter with no rights in violation

16  of the newly enacted California Homeowner Bill of Rights ("HBR") which became effective

17  JANUARY 1, 2013.  The HBR authorizes private civil suits to enjoin foreclosure by entitles that

18  record or file notices of default or other documents falsely claiming the right to foreclose.  Such

19  a false Assignment of DOT may have been recorded against the subject real  property leaving no

20  doubt that plaintiffs can bring a lawsuit under the HBR against their lender , as said documents

21  must now be accurate and complete and supported by competent and reliable evidence. CC §

22  2923.  However, plaintiff has failed to produce evidence on demand for proof of his continued

23  ownership of the subject property located at 5213 Cronus Street, Los Angeles, CA. 90032

24

25

26

27

28

–4–

State Court law assumes the unlawful detainer complaint to be valid, in spite of its provable fraudulent nature.  .  HBR became effective on January 1, 2013.  The subject property was subject to the limitations of the HBR since the foreclosure sale was set to proceed and plaintiff has refused to show that he purchased from the true owner of the subject property.

Pursuant to 28 U.S.C. §1441, Defendant further states as follows:  The action was commenced by Plaintiff when Plaintiff filed a Summons and Complaint in the Superior Court, Central  of the State of California, County of Los Angeles, bearing case no. 13U0844C. Plaintiff erroneously claimed ownership without proof under penalty of perjury, false claims into the unlawful detainer trial court.  The real subject matter is not within the state court venue and lies in the federal court for the reasons stated herein as defendant has been illegally discriminated against as a homeowner.

## BASIS FOR REMOVAL

Defendant JOHN FRAUSTO was forced to file this Federal Removal to stay an unlawful detainer filed against his home.  When Defendant makes an appearance in the state court the state court ignores him, refuses to accept his requests for equitable relief, and he cannot be heard as a minority homeowner.  Plaintiff committed fraud by bringing federal issues of fair housing and urban development issues to the Los Angeles Superior Court under the scheme of an unlawful detainer, hiding in  sheep clothing the true federal fair housing and retaliatory discrimination issues, and civil rights discrimination.

Federal public fiduciaries acting as successor on behalf of the state and federal agencies have failed to implement policies and procedures necessary to protect her procedural due process rights and property interests. Enforcement agencies are investigating plaintiff's breach of fiduciary duties and tracking the real losses to defendant.

– 5 –

1    The unlawful detainer trial courts rubber stamp all non-judicial foreclosures and

2  summary evictions are executed under alleged "duly perfected title" without a review of the true

3  issues to identify the real parties in interest and protect the rights of unknown investors and

4  property interests.  The right to an impartial and disinterested tribunal is compromised "in the

5  absence of a [state] proceeding in which [a person] may present his case with assurance that the

6  arbiter is not predisposed to find against him." Marshall, 446 U.S. at 242 (quoting Joint Anti-

7  Fascist Refugee Comm. v. McGrath, 341 U.S. 123, 172 (1951))

8

9    Therefore, if the procedure supplied by the state to adjudicate the constitutional claim

10  violates the requirements of due process, then the federal court may not grant the state judgment

11  preclusive effect. See e.g., Kremer v. Chemical Const. Corp., 102 S.Ct. at 1898 ("[a] State may

12  not grant preclusive effect in its own courts to a constitutionally infirm judgment, and other state

13  and federal courts are not required to accord full faith and credit to such a judgment."); Guarino

14  v. Larsen, 11 F.3d at 1159 n. 4

15

16    It is undisputedly in the public interest that this Court act to restrain the acts as alleged.

17  This matter is receiving current national attention and has implications of epidemic proportions

18  across a broad array of public policy goals, and, in fact, the expert who has put a public face to

19  the issues raised by Plaintiff over six years has opined that this matter presents a fraud of the

20  precise nature that has captured the public's attention. The fact is that the courts are the last

21  protection that Plaintiff and millions of others have against the arrogant and abusive practices of

22  the mortgage lenders and servicers, and the basis for this Court's action could not be more

23  compelling.  The federal court is the last safe harbor for defendants whose home are taken by

24  strangers who allege to work for MARTINGALE INVESTMENTS, LLC who threatened

25  defendants with police removal and credit destruction.

26

27

28

– 6 –

1    JOHN FRAUSTO ("Frausto") is entitled to remove the above-entitled and numbered

2    cause to the United States District Court, under 28 U.S.C. §1443(1) because under California

3    Civil Code he is denied or cannot enforce his equal rights to contract for and secure his property

4    rights in the Superior Courts of the State of California on account of plaintiffs discriminatory and

5    retaliatory acts in violation of fair housing and that specifically violate the equal protection of the

6    laws and equal access to the courts and to due process of law granted and secured by 42 U.S.C.

7    §§1981 & 1982.   The instant case for possession of the subject property was brought in a forum

8    that is blind to issues by a plaintiff who has no interest other than to harm the defendant.

9    The unlawful detainer trial courts rubber stamp all plaintiff actions for evictions and do

10    not protect defendant property interests and thus constitutes illegal taking under color of law.

11    Defendant further alleges that the California Civil Code procedures authorizing evictions

12    violate 42 U.S.C. §§1981-1982, so that Defendant has a right to remove on the basis that there is

13    a pervasive state statutory program which both on its face and as applied discriminates unfairly

14    against Ethnic-Surname Americans (all of whom are presumed to be unfamiliar with legal

15    proceedings and/or illiterate in the English language and therefore ignorant of their rights) and in

16    so doing directly violates Federal U.S. laws guaranteeing equality of access to the courts, ability

17    to present evidence, and to make and enforce contracts for the purpose of acquiring and

18    maintaining ownership of property in particular.

19    Defendant states that he should be given at least one full and fair opportunity to be heard

20    on the evidentiary merits of his claims, as the Federal question issues of fair housing go to the

21    heart of racial discrimination in this matter of the plaintiff retaliating against a whistle blower

22    who requested that his housing be habitable and conform with code enforcement requirements.

23

24

25

26

27

28

–7–

1    JOHN is entitled to remove the above-entitled and numbered cause to the United

2    States District Court, under 28 U.S.C. §1443(1) because under California Civil Code

3    §2924 he is denied or cannot enforce his equal rights to contract for and secure real

4    property rights in the Superior Courts of the State of California on account of that

5    unconstitutional California statute §2924, which specifically violates the **equal**

6    **protection** of the laws and equal access to the courts and to due process of law

7    

8    granted and secured by 42 U.S.C. §§1981 & 1982.

9                                        <u>**JURISDICTION**</u>

10   Venue is proper under Title 28, Part IV, Chapter 89, commencing with §1441 (a) as Los

11   Angeles County Superior Court is in the Western District of California, Los Angeles.

12   

13                        <u>**GROUNDS FOR REMOVAL- FEDERAL QUESTION**</u>

14   Defendant, also alleges that he is being denied and discriminated for whistleblowing re

15   banking fraud and/or unsafe housing and cannot enforce his rights to equal protection of the

16   discriminatory laws of the State of California, which facially and as applied by the California

17   Superior Courts of Limited Jurisdiction has now file this notice of removal pursuant to 28 U.S.C.

18   §§1332, 1441, 1443 and 1446, alleging as follows:

19   

20   The state court interfered with Defendant's rights to a fair and impartial jury trial.  It was

21   at this point the Defendant began to look into the retaliation and discrimination that invaded this

22   matter and discovered that the Superior Court was an improper forum to hear that matter.

23   Defendant discovered that it was a banking fraud and discrimination issue and not an Unlawful

24   Detainer issue before the court, whereby the state court lacked jurisdiction, in personam

25   jurisdiction, subject matter jurisdiction and in rem jurisdiction over the retaliatory discrimination

26   herein.

27   

28

–8–

This notice of removal is being timely triggered by the change in jurisdiction for civil rights and constitutional rights and the requirement for federal issues to be determined within the original jurisdiction of the federal court.  Such title issues cannot be determined in the limited Court jurisdiction causing waste of judicial resources.  Plaintiff erroneously claims under penalty of perjury that it holds a duly perfected title and filed false claims for possession in a state unlawful detainer limited action following a wrongful foreclosure in violation of HBR.

1.     The requirements of 28 U.S.C. §1332, 1441, and 1446 for removal have all been met under the federal question of violations  of federal laws re fair housing, retaliatory evictions, and related racial discrimination  violation of Federal laws. THIS IS NOT BASED on grounds of diversity of citizenship, amount in controversy in excess of $75,000 does not apply.  The federal question law is the Federal protection of racial, homeowner and minority discrimination..

2.     28 U.S.C. §1443(1) is designed to permit removal by disadvantaged defendants from those in power who would oppress them for membership in or adherence to beliefs making them part of a "discrete insular, politically powerless minority". Defendant perspective of the state judicial and general legal environment created by a state legislatures is, uniquely empowered and by this statute protected as an avenue by which to assert and actually "defend" Constitutional rights which are systematically trampled in state courts, such as but not limited to the California Superior Courts of Limited Jurisdiction in the trial of unlawful detainer cases following an alleged non-judicial foreclosures.

3.     CIVIL RIGHTS REMOVAL IS AN EXCEPTION TO THE WELL PLEADED COMPLAINT RULE. Accordingly 28 U.S.C. §1443 constitutes an expressly authorized, in fact, specially mandated, exemption to the "well-pleaded complaint rule" and U.S. District Judges making such analyses and comparisons have plainly erred in confusing the two forms of removal

–9–

in their prior opinions, even in relationship to the present Defendants' removal, which

Defendants pray that this U.S. District Court will not repeat in the disposition of the present case.

Compare, for example, McCullough v. Ligon, 430 F. Supp. 2d 846, 850 (E.D. Ark. 2006); Neal

v. Wilson, 112 F.3d 351, 355 (8th Cir. 1997).

4.    Unlike the Defendant in Neal v. Wilson, Defendant can and will at trial "show[]

that Plaintiff used the Non Judicial state law preventing him from raising his federal claims in

state court, [and] further [he] has [] shown the basis for an "equally firm prediction" that [h]e will

be unable to protect h[is] federal rights in state court." 112 F.3d at 855.

5.    WHEREFORE AND ACCORDINGLY, Defendant hereby files this Notice of

Removal pursuant to 28 U.S.C. §§1443(1) and 1447(b). Congress in the Civil Rights Act of 1964

expressly authorized such renewed notices of removal authorized by Congress under 28

U.S.C.§1447(d) which states that:

(d) An order remanding a case to the State court from which it was removed is not

reviewable on appeal or otherwise, except that an order remanding a case to the State court from

which it was removed pursuant to section 1443 of this title shall be reviewable by appeal or

otherwise.

6.    This Notice of Removal is timely in that the events of discovery, the "order or

other paper from which it may first be ascertained that the case is one which is or has become

removable" (28 U.S.C. §1446(b)).

7.    The California Superior Courts of Limited Jurisdiction, especially those in Los

Angeles County, operate based on an institutionalized predetermination of the outcome reflect a

pervasive state statutory program expressly designed to deny Defendants their equal

constitutional rights to equal access to the Courts and to make and enforce contracts for the

– 10 –

maintenance of interest in property, which rights are guaranteed by the First, Fifth, Ninth, and Fourteenth Amendments to the Constitution, as well as by the Article I guarantee against state "impairment of the obligations of contract."

The eviction is summary proceeding (but essentially administrative, automatic, ministerially applied) Unlawful Detainer/Forcible Eviction Laws of the State of California are facially discriminatory.

Defendant has a right to remove on the basis that there is a pervasive state statutory program which both on its face and as applied discriminates unfairly against pro se litigants  and in so doing directly violates Federal U.S. laws guaranteeing equality of access to the courts, ability to present evidence, and to make and enforce contracts for the purpose of acquiring and maintaining interests in property in particular.

The California Superior Courts completely ignore the California Civil rules of Procedure, Civil rules of Evidence and the retaliation against the defendant's Interest.  Plaintiff's complaint to enforce a possession claim relies on a thinly disguised rental for the subject property since September 2009.  Plaintiff is unabashedly retaliated against Defendant for requesting Class A violations against safe housing be corrected.  Plaintiff ignored all requests.  Accordingly, the state unlawful detainer limited jurisdiction court action may be removed to this court as an action within the jurisdiction of the federal district court where basic constitutional rights are ignored.

In addition, Defendant is materially affected by and interested in the subject matter of these proceedings, and  entitled to remove to this U.S. District Court, within the meaning of 28 U.S.C. §1334(b) and hereby removes to this Court the State Court unlawful detainer proceeding herein identified.  Defendants Civil Rights, Due Process and Equal Protection under the Law were violated.

– 11 –

1      Defendant JOHN FRAUSTO has provided as exhibits relevant documents are attached

2  hereto and incorporated herein by reference the pertinent documents including, but not limited to

3  Exhibit 1  Summons and Complaint dated for Unlawful Detainer – Eviction

4  Exhibit 2  Answer .

5

6      This is a civil action over which this court has original jurisdiction and the action is

7  removable to this court pursuant to 28 U.S.C. § 1441(a) and §1446.  Defendant is deprived of his

8  constitutional rights "under color of law".

9      **The summary proceedings of the unlawful detainer do not allow determinations of**

10  **any issues other than the alleged complaint for rents and have no jurisdiction over federal**

11  **question matters, federal banking and foreclosure and homeowner violations.**

12

13      **This Notice of Removal is timely in that the events of discovery, the "order or other**

14  **paper from which it may first be ascertained that the case is one which is or has become**

15  **removable" (28 U.S.C. §1446(b)).  The continuation of plaintiff tactics to continue in the**

16  **same process leaves defendant with no other choice.**

17

18      **The California Superior Courts of Limited Jurisdiction, especially those in Los**

19  **Angeles County, operate based on an institutionalized predetermination of the outcome**

20  **reflect a pervasive state statutory program expressly designed to deny Defendants their**

21  **equal constitutional rights to equal access to the Courts and to make and enforce contracts**

22  **for the maintenance of interest in property, which rights are guaranteed by the First, Fifth,**

23  **Ninth, and Fourteenth Amendments to the Constitution, as well as by the Article I**

24  **guarantee against state "impairment of the obligations of contract."  The Court seems**

25  **obvious to the discrimination and retaliation of plaintiff.**

26

27

28

*NOTICE OF REMOVAL, under 28 U.S.C. § 1441*

Defendant has a right to remove on the basis that there is a pervasive state statutory program which both on its face and as applied discriminates unfairly against pro se litigants and in so doing directly violates Federal U.S. laws guaranteeing equality of access to the courts, ability to present evidence, and to make and enforce contracts for the purpose of acquiring and maintaining home at subject property in particular.

The California Superior Courts completely ignore the California Civil rules of Procedure, Civil rules of Evidence and the Real Party In Interest rule.

Expressly stated California statutory law and the customs, practices, and policies having the force of law interpreting and construing the same, never asked or required original Plaintiff to produce evidence or prove the true and actual dispute with JOHN FRAUSTO.

### CIVIL RIGHTS REMOVALS & CIVIL RIGHTS INJUNCTIONS

Civil Rights Removal under 28 U.S.C. §§1443 & 1447(d) and Civil Rights Injunctions under 42 U.S.C. §§1983 & 1988 may be closely related as exceptions to the "Anti-Injunction Act" 28 U.S.C. §2283 as follows:

Defendant JOHN FRAUSTO particularly urges this Court to consider a comprehensive re-evaluation of the Civil Rights Injunction doctrine in Dombrowski v. Pfister, Younger v. Harris, and Mitchum v. Foster, alongside the Civil Rights Removal doctrine articulated in Greenwood v. Peacock and Rachel v. Georgia, because, in essence, statutory removals are treated as stays (injunctions) of state court proceedings under the anti-injunction act, 28 U.S.C. §2283, and a comprehensive and color-blind State-to-Federal Civil Rights jurisprudence has yet to be developed, but such a constitutional jurisprudence is clearly necessary in light of the recent history of the United States.

*NOTICE OF REMOVAL, under 28 U.S.C. § 1441*

**The state court acts to quash her defense as a minority not given right to speak in the state court.  The completely farcial nature of the non-judicial foreclosure proceedings take place in California routinely as a matter of state and local custom, practice, and policy having the force of law. Notably is the fact that the Judges do not uphold the California Rules of Civil Procedure section 367 (Real Party In Interest). Every action must be prosecuted in the name of the real party in interest, except as otherwise provided by statute.  The true owner of the subject property is unknown.**

While Defendant JOHN generally subscribes to the proposition that the civil rights laws should be color-blind and race-neutral, he alleges and will prove by a preponderance of the evidence that there is an official program and pattern of linguistic and therefore racial discrimination in the California Superior Courts in Los Angeles County and elsewhere against  speakers of every origin, including natural, native born citizens of the United States, that the discrimination in California violates the guarantees to due process found in the Fifth and Fourteenth Amendments.

<u>**RELIEF REQUESTED: MAKE CIVIL RIGHTS REMOVAL STATUS NEUTRAL**</u>
<u>**RACIALLY NEUTRAL AND COMPLETELY COLORBLIND**</u>

JOHN asks this court to find, hold, and unequivocally rule and issue its mandate that: the racially unequal application of 28 U.S.C. §1443(1) is an affront to all recent U.S. Supreme Court Jurisprudence since ***Regents of the UC v. Bakke,*** 438 U.S. 265 (1978), ***City of Richmond v. Croson,*** 488 U.S. 469 (1989), and ***Adarand v. Pena***, 515 U.S. 520, 527-8 (1995).

Although  it  happens  that  Defendant  in  this  case  may  be  the  victims  of "defendant" status or of official language-based ethnic bias, which is homeowner and/or

– 14 –

racial-discrimination within the meaning of the civil rights laws of the United States, even the absolute elimination of such discrimination will not solve all of Defendant's problems: he will still be (most likely) evicted from his home by unlawful procedures even if he were provided with meaningful notice and opportunity to be heard.  The state court judge has a conflict of interest with the funding of his/her retirement and ignores the blight of the home that defendant is protecting.  In particular the state court judge refuses to permit the minority homeowner from speaking in his defense.

States District courts should be permitted to allow civil rights removal so that all Defendants, and all similarly situated defendants in California Unlawful Detainer cases (or any other state statutory scheme in which fundamental constitutional rights **are routinely and systematically trampled or even obliterated**, such as eviction proceedings) will be able to put on evidence that is heard.

**Due process under the Fifth and Fourteenth Amendment to the Constitution will not tolerate the construction of paths through the maze of law with dead ends from which there is no exit in the California limited court jurisdiction, or only one possible exit…regardless which is judgment for plaintiff disregarding the evidence of Federal law violations.**

**Defendant will promptly file a copy of this notice of removal as a "Notice of Notice of Removal" with the clerk of the state court in the Los Angeles County Superior Court for the State of California where the action was originally filed and has been pending** filed as **required by 28 U.S.C. §1446.**

1. **THIS REMOVAL IS NOT BASED on grounds of diversity of citizenship, amount in controversy in excess of $75,000 does not apply.  The federal question law is the violation of civil rights that has associated Federal Claims of the SEC,**

securities issues and violations of federal banking laws in alleged property transfers.

2.     28 U.S.C. §1443(1) is designed to permit removal by disadvantaged defendants from those in power who would oppress them for membership in or adherence to beliefs making them part of a "discrete insular, politically powerless minority". Defendant perspective of the state judicial and general legal environment created by a state legislatures is, uniquely empowered and by this statute protected as an avenue by which to assert and actually "defend" Constitutional rights which are systematically trampled in state courts, such as but not limited to the California Superior Courts of Limited Jurisdiction in the trial of unlawful detainer cases following an alleged non-judicial foreclosures.

3.     CIVIL RIGHTS REMOVAL IS AN EXCEPTION TO THE WELL PLEADED COMPLAINT RULE. Accordingly 28 U.S.C. §1443 constitutes an expressly authorized, in fact, specially mandated, exemption to the "well-pleaded complaint rule" and U.S. District Judges making such analyses and comparisons have plainly erred in confusing the two forms of removal in their prior opinions, even in relationship to the present Defendants' removal, which Defendants pray that this U.S. District Court will not repeat in the disposition of the present case. Compare, for example, McCullough v. Ligon, 430 F. Supp. 2d 846, 850 (E.D. Ark. 2006); Neal v. Wilson, 112 F.3d 351, 355 (8th Cir. 1997).

4.     Unlike the Defendant in Neal v. Wilson, Defendant can and will at trial "show[] that Plaintiff used the Non Judicial state law preventing him from raising his federal claims in state court, [and] further [he] has [] shown the basis

– 16 –

1    for an "equally firm prediction" that [h]e will be unable to protect h[is] federal

2    rights in state court." 112 F.3d at 855.

3        **RELIEF REQUESTED** WHEREFORE, Defendant JOHN FRAUSTO that the above

4
     action now pending in the Los Angeles County Superior Court of the State of California, bearing
5
     case no. 13U08446 hereby removes the action to this court and requests that further proceedings
6
7    be adjudicated in this court.   For all the foregoing reasons, removal of this action is proper

8    pursuant to all relevant statutes and law.

9                                              Respectfully submitted,

10

11

12   **Dated:  September  18ᵗʰ, 2013**

13                                        **JOHN FRAUSTO,**
                                          **In propia persona**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          – 17 –

1  **Exhibit 1  Summons and Complaint for Unlawful Detainer – Eviction**
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*NOTICE OF REMOVAL, under 28 U.S.C. § 1441*

SUM-130

# SUMMONS
## *(CITACION JUDICIAL)*
### UNLAWFUL DETAINER—EVICTION
### *(RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)*

**NOTICE TO DEFENDANT:** John Frausto
*(AVISO AL DEMANDADO):*

and Does 1 to 10

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* MARTINGALE
INVESTMENTS, LLC

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

JUL 16 2013

John A. Clarke, Executive Officer/Clerk

Candice S. Cabrara

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se le entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| 1. The name and address of the court is: SUPERIOR COURT OF CALIFORNIA,<br>*(El nombre y dirección de la corte es):* COUNTY OF LOS ANGELES | **CASE NUMBER:**<br>*(Número del caso):* 13U08446 |

110 N. GRAND AVE.
Los Angeles, CA 90012                    CENTRAL DISTRICT

134 08446

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Sam Chandra SBN 203942

(626) 256-4999

Law Offices of Sam Chandra, APC
710 S. Myrtle Ave., # 600
Monrovia, CA 91016-2171

3. *(Must be answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415) [X] did not [ ] did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

| | | | |
|---|---|---|---|
| Date:<br>*(Fecha)* JUL 16 2013 JOHN A. CLARKE | Clerk, by<br>*(Secretario)* Candice S. Cabrara | , Deputy<br>*(Adjunto)* |

5213 Crenshaw
L.A. 90032
8/20TH 1:30 9A
vapt9A

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [X] as an occupant
   d. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)       [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] CCP 415.46 (occupant)            [ ] other *(specify):*

5. [ ] by personal delivery on *(date):*

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Code of Civil Procedure, §§ 412.20, 415.456, 1167
*www.courtinfo.ca.gov*

*19*

| PLAINTIFF (Name): Martingale Investments, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): John Frausto, et al | |

6. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant):*

   a. Assistant's name:

   b. Telephone no.:

   c. Street address, city, and zip:

   d. County of registration:

   e. Registration no.:

   f. Registration expires on *(date)*:

Notice from the Law Offices of Sam Chandra, APC:  Notice:  Pursuant to the Fair Debt Collection Practices Act.  If this or the attached documents demand any sum of money, we hereby inform you that unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.  This is an attempt to collect a debt and any information obtained will be used for this purpose.

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1. If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

---

| | |
|---|---|
| CLAIMANT OR CLAIMANT'S ATTORNEY *(Name and Address):*          TELEPHONE NO.: | *FOR COURT USE ONLY* |
| ATTORNEY FOR *(Name):* | |
| **NAME OF COURT:** | |
| STREET ADDRESS: | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: | |
| BRANCH NAME: | |
| PLAINTIFF: | |
| DEFENDANT: | |

| | |
|---|---|
| **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION** | CASE NUMBER: 13U08446 |

| | |
|---|---|
| **Complete this form only if ALL of these statements are true:**<br>1. You are NOT named in the accompanying Summons and Complaint.<br>2. You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed.<br>3. You still occupy the premises. | *(To be completed by the process server)*<br>DATE OF SERVICE:<br><br>*(Date that this form is served or delivered, and posted, and mailed by the officer or process server)* |

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is *(specify):*

2. I reside at *(street address, unit No., city and ZIP code):*

3. The address of "the premises" subject to this claim is *(address):*

4. On *(insert date):* _____ , the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is the court filing date on the accompanying Summons and Complaint.)*

5. I occupied the premises on the date the complaint was filed *(the date in item 4).* I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4).*

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4).*

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. *(Filing fee)* I understand that I must go to the court and pay a filing fee of $ _____ or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

*(Continued on reverse)*

---

| | | |
|---|---|---|
| CP10.5 [New January 1, 1991]<br>*Judicial Council Forms for HotDocs* ™ | **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION** | Code of Civil Procedure, §§ 415.46,<br>715.010, 715.020, 1174.25 |

PLAINTIFF (Name):

DEFENDANT (Name):

---

| NOTICE: If you fail to file this claim, you will be evicted without further hearing. |

11. *(Response required within five days after you file this form)* I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. **Rental agreement.** I have *(check all that apply to you)*:
   a. ☐ an oral rental agreement with the landlord.
   b. ☐ a written rental agreement with the landlord.
   c. ☐ an oral rental agreement with a person other than the landlord.
   d. ☐ a written rental agreement with a person other than the landlord.
   e. ☐ other *(explain)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| WARNING: Perjury is a felony punishable by imprisonment in the state prison. |

Date:

▶

......................................................          _____
            (TYPE OR PRINT NAME)                                    (SIGNATURE OF CLAIMANT)

| **NOTICE:** If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages. |

---

## —NOTICE TO OCCUPANTS—

**YOU MUST ACT AT ONCE if all the following are true:**
   1. **You are NOT named in the accompanying Summons and Complaint.**
   2. **You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed.** *(The date is the court filing date on the accompanying Summons and Complaint.)*
   3. **You still occupy the premises.**

*(Where to file this form)*   You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)*   If you do not complete and submit this form (and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you will be evicted without a hearing.*

---

CP10.5 [New January 1, 1991]             **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**             Page two

*Judicial Council Forms for HotDocs* ™

1  SAM CHANDRA (# 203942)
   LAW OFFICES OF SAM CHANDRA, APC
2  710 S. MYRTLE AVE., # 600
   MONROVIA, CA 91016
3  (626) 256-4999

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

JUL 16 2013

John A. Clarke, Executive Officer/Clerk

4  ATTORNEYS FOR PLAINTIFF

5

6

7          SUPERIOR COURT FOR THE STATE OF CALIFORNIA

8               COUNTY OF LOS ANGELES

9

10  MARTINGALE INVESTMENTS, LLC      )  Case No.  13U08446
                                     )
11                                   )
                                     )  COMPLAINT FOR UNLAWFUL
12                                   )  DETAINER
              Plaintiff,             )
13                                   )
                                     )  Action based on Code of Civil Procedure
14      vs.                          )  Section 1161a
   JOHN FRAUSTO                      )
15                                   )  LIMITED CIVIL
                                     )
16                                   )
                                     )  DEMAND DOES NOT EXCEED
17  and Does 1 to 10,                )  $10,000.00
                                     )
18                                   )
                                     )
19              Defendants.          )
   _____)

20  Plaintiff alleges as follows:

21  1.  Plaintiff is a:  Limited Liability Co

22  2.  Plaintiff alleges a cause of action against the following person(s) hereinafter "Defendants" for
23      Unlawful Detainer:  John Frausto

24

25  3.  The true names or capacities, whether individual, corporate, associate, or otherwise, of
26      Defendants DOES 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues said
27      Defendants by such fictitious names.  Plaintiff is informed and believes and on such information

28

---

COMPLAINT FOR UNLAWFUL DETAINER
-1-

and belief alleges, that each of the Defendants designated herein as DOE was legally responsible in some manner for the events and happenings herein referred to and legally caused damages approximately thereby to Plaintiff as herein alleged.

4. On 06/24/2013 Plaintiff became the owner of real property by purchasing said property at a foreclosure sale.

5. Title under this sale has been duly perfected.

6. Pursuant to the recitations contained within the Trustee's Deed Upon Sale, the foreclosure sale, and all required notices were accomplished in compliance with CC §2924 et. seq..

7. The Real Property as stated above bears the APN number of:  5220011010

8. The Real Property as stated above is located at 5213 Cronus Street, Los Angeles, CA 90032, County of LOS ANGELES

9. No landlord/tenant relationship exists between the purchaser and the Defendants.

10. Since the date of sale, and continuing to present, Defendants have occupied said premises without the consent or authorization of the purchaser.

11. Defendants' title, if any, to said premises, that existed prior to the date of sale, was extinguished by said sale.

12. On 07/11/13   , Plaintiff caused to be served on the Defendants a written notice in compliance with the Code of Civil Procedure, Section 1161a et seq., requiring and demanding that Defendant(s) quit and deliver up possession of the premises within   3   days.

13. More than   3   days have elapsed since the service of said notice.  The notice has expired, but Defendants have failed and refused, and continues to fail and refuse, to quit and deliver up possession of the premises, Defendant(s) now being in possession thereof.

14. The reasonable rental rate of the premises is $ 2,000.00   per month.  The daily rate based upon a 30 day month is $ 66.67 .

15. Plaintiff is being damaged by the detention of this property in the sum of not less than $ 66.67 per day for the use and occupancy of said premises, and will continue to sustain damages at said rate for so long as Defendants remain in possession of the premises.

16. Plaintiff has not received any rents or other compensation from the Defendant(s).

17. The Defendants hold-over and continue in possession of the premises. Said hold-over and continued possession is willful, intentional, deliberate, and without permission or consent of Plaintiff. Plaintiff is entitled to immediate possession of the premises.

18. The premises are located in the above-entitled judicial district.

19. Defendants have had use and enjoyment of the premises, at the detriment of Plaintiff from the date of the service of the notice through today and will continue to enjoy the same through the date of entry of judgment or the date Plaintiff is finally able to recover possession of the premises.

WHEREFORE, Plaintiff prays against Defendants, and each of them, as follows:

1.  For restitution and possession of the premises;

2.  For damages in the amount of $66.67 per day or as allowed by law from 07/16/13 to the date of entry of judgment, or recovery of possession of the premises;

3.  For Plaintiff's costs of suit;

4.  For such other and further relief as the Court may deem just and proper.

Executed  07/16/13

/s/ Service Copy
Sam Chandra, Esq
Attorney for Plaintiff

EXHIBIT LIST:

The following exhibits are attached and incorporated into the complaint by reference:

1. Verification to Complaint
2. Deed
3. Notice and proof of service.

## VERIFICATION of the Complaint:

I am:
[  ] the Plaintiff;
[  ] an Officer of the Plaintiff in this action, and am authorized to make this verification for and on its behalf.
[  ] a partner of the Plaintiff in this action, and am authorized to make this verification for and on its behalf.
[X] an agent of the Plaintiff in this action, and am authorized to make this verification for and on its behalf.
The matters stated in the forgoing document are true of my own knowledge except as to those matters stated on information and belief, and as to those matters I believe them to be true.

I request that a facsimile whether by traditional fax or by "scan and e-fax or e-mail" be accepted as an original pursuant to CRC 2.305(d).

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct. Executed in El Segundo_____, California. Pursuant to Code of Civil Procedure, Sections 2015.5 and 396a.

Olivia Reyes_____        07/16/13_____        /s/ Service Copy_____
(Name, printed or typed)        (Date)        (Signature)

Pursuant to Evidence Code, § 1521 and Calif. Rules of Court, Rule 2.305(d), a signature hereon, in any, produced by facsimile transmission is admissible as an original.

**Declaration of Attorney re Verification:** My client has indicated to me that they are unable to proceed to my office to deliver a "wet ink signature", as such this document is either a faxed copy of the original or a scanned and e-mailed copy of the original. I request the court to accept it as an original per CRC 2.305(d). Sam Chandra  07/16/13_____, /s/ Service Copy_____

Notice:  Pursuant to the Fair Debt Collection Practices Act.  If this document demands any sum of money, we hereby inform you that unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.  This is an attempt to collect a debt and any information obtained will be used for this purpose.

RECORDING REQUESTED BY:
~~WEDGEWOOD ENTERPRISE CORP.~~ Martingale Investments, LLC
AND WHEN RECORDED MAIL TO:
~~WEDGEWOOD ENTERPRISE CORP.~~ Martingale Investments, LLC
319 Main St.
El Segundo, CA 90245

Forward Tax Statements to Address listed above

TS No. 09-0177744
Title Order No. 09-8-563203

**COPY** of Document Recorded
2013098303*9*     07/03/13
Has not been compared with original.
Original will be returned when
processing has been completed.
LOS ANGELES COUNTY REGISTRAR - RECORDER

CONFORMED COPY

_____
SPACE ABOVE THIS LINE FOR RECORDER'S USE

### TRUSTEE'S DEED UPON SALE

5213 Cronus Street
Los Angeles, CA 90032

APN#   5220-011-010        TRANSFER TAX:$  333.30 / city $1,363.50

The Grantee herein was not the beneficiary
The amount of the unpaid debt was $ 369,708.53
The amount paid by the Grantee was $ 303,000.00
The property is in the city of LOS ANGELES, County of LOS ANGELES

RECONTRUST COMPANY, N.A., as the duly appointed Trustee (or successor Trustee or substituted
Trustee), under a Deed of Trust referred to below, and herein called "Trustee", does hereby grant without
covenant or warranty to:

Martingale Investments, LLC

herein called Grantee, the following described real property situated in LOS ANGELES County,
California:

SEE ATTACHED LEGAL DESCRIPTION

This conveyance is made pursuant to the powers conferred upon Trustee by the Deed of Trust executed by
JOHN FRAUSTO, A SINGLE MAN, as Trustor, recorded on 04/21/2006, Instrument Number 06 0873289
( or Book , Page ) Official Records in the Office of the County Recorder of LOS ANGELES County.

All requirements of law regarding the recording and mailing of copies of the Notice of Default and
Election to Sell, and the recording, mailing, posting, and publication of the Notice of Trustee's Sale have
been complied with.

TS No. 09-0177744

Title Order No. 09-8-563203

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its power under said Deed of Trust sold said real property at public auction on 06/24/2013. Grantee, being highest bidder at said sale became the purchaser of said property for the amount bid, which amount was $303,000.00.

DATE: _____ JUN 2 6 2013 _____

RECONTRUST COMPANY, N.A.

BY: _____ JUN 2 6 2013

Darlene Real-Gomez, Asst. Vice President

State of California

County of _____ VENTURA _____ )

On _____ JUN 2 6 2013 _____ before me, _____ Eric D. Miles _____, notary public, personally appeared Darlene Real-Gomez _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ Eric D Miles _____ (Seal)

Eric D. Miles

ERIC D. MILES
Commission # 1976448
Notary Public - California
Los Angeles County
My Comm. Expires Apr 27, 2016

CATRSTEEDEED_ 2013.04.EP_04/2013

TS# 09-0177744

**Exhibit A**

**Legal Description**

LOT 9, BLOCK "M" OF THE NAVARRO TRACT, AS PER MAP RECORDED IN BOOK 15, PAGES 14 AND 15 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

Notice to Any Renters Living At

<u>5213 Cronus Street, Los Angeles, CA  90032</u>

The attached notice means that your home was recently sold in foreclosure and the new owner plans to evict you.

You should talk to a lawyer NOW to see what your rights are. You may receive court papers in a few days. If your name is on the papers it may hurt your credit if you do not respond and simply move out.

Also, if you do not respond within five days of receiving the papers, even if you are not named in the papers, you will likely lose any rights you may have. In some cases, you can respond without hurting your credit. You should ask a lawyer about it.

You may have the right to stay in your home for 90 days or longer, regardless of any deadlines stated on any attached papers. In some cases and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take the proper legal steps in order to protect your rights.

How to Get Legal Help

If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

## NOTICE TO QUIT

TO:  John Frausto,
and does 1-10, and all other persons and/or entities in possession of the premises commonly known as: _____
____5213  Cronus Street , Los Angeles, CA, 90032 . I / we represent the owner of the Property with respect to
your occupancy therein.

If you were the trustor on the deed of trust for the premises described by the address above, then the following
sentence applies:  Within three (3) days after service of this notice, you are hereby required to deliver up possession of
the Property.

If you are a person / entity in possession of the above described premises, other than the former trustor, AND a party
to the note (deed of trust) remains on the property as a tenant subtenant or occupant then the following sentence
applies:  Pursuant to CCP § 1161a you are hereby required to deliver up possession of the Property within thirty (30)
days after service of this notice;

If you are a person / entity in possession of the above described premises, other than the former trustor, AND if you
are a state or federally defined bona fide tenant, or if you have not been described in any other category above, then
the following applies:  Within ninety (90) days after service of this notice, you are hereby required to deliver up
possession of the Property.

If you claim that you are a bona fide tenant as stated above or if you have a tenancy that is protected under any local
laws, or other tenancy that requires the monthly payment of rent, then pursuant to CCP § 1161(2) demand is hereby
made that you tender rent currently overdue in the amount of $100.00.  Note this is not a waiver of the actual amount
due and it is believed this is an understated amount.  Monies can generally be accepted from Monday through Friday
from 9:00 a.m. to 5:00 p.m. and must be payable to  Martingale Investments,LLC    delivered to Olivia Reyes
(310)640-3100 at 319 Main Street, in El Segundo, CA 90245.

Possession of the premises must be delivered to the undersigned or to  Martingale    Investments,   LLC,   who   is
authorized to receive the same.

This notice is given pursuant to California Code of Civil Procedure § 1161a et seq and / or CC § 789 and "Protecting
Tenants at Foreclosure Act of 2009" 12 USC 5201 et. seq., as the Property has been sold in accordance with Civil
Code § 2924 under a power of sale contained within the deed of trust executed by you (or the former trustor), and the
title under the sale has been duly perfected.  Therefore, unless you vacate and deliver up possession of the Premises
within the time described above, we will immediately file an unlawful detainer (eviction) lawsuit against you to
recover possession of the Property, all damages (including monies pursuant to Code of Civil Procedure section
1174(b) and any other damages allowed by law), costs and attorneys' fees.

Note, if there is any ambiguity causing you to be described by more than one category enumerated above, then the
category with the greatest length of time shall prevail.

State law permits former occupants to reclaim abandoned personal property left at the former address of the
occupant, subject to certain conditions. You may or may not be able to reclaim property without incurring additional
costs, depending on the cost of storing the property and the length of time before it is reclaimed. In general, these
costs will be lower the sooner you contact the owner as listed above, after being notified that property belonging to
you was left behind after you moved out.

July 10, 2013
_____
Date

OWNER/AGENT – Olivia Reyes

This notice is property of the Law Offices of Sam Chandra, APC, reproduction without permission is prohibited by U.S. Copyright laws (2010).

## DECLARATION OF SERVICE OF NOTICE
## BY REGISTERED PROCESS SERVER

I, the undersigned, declare that at the time of service of the papers herein described, I was at least eighteen (18) years of age, and a REGISTERED PROCESS SERVER AS INDICATED BELOW.  I served the following:

**Document served:** Foreclosure Notice to Quit & Coversheet

**Persons served:** John Frausto;  all unknown occupants in possession of the premises

**Location of service:**

    5213 Cronus Street
    Los Angeles, CA 90032

**Method of service:**

[ ]  **PERSONAL DELIVERY** of a copy of the Notice to: _____

[ ]  By **Leaving a Copy** of the notice for residents with _____, a person of suitable age or discretion, at the residence of the residents; **AND BY MAILING** by first-class mail on said date a copy to each of the residents by depositing said copies into the United States Mail in a sealed, postage-paid envelope, addressed to the residents at their place of residence.

[X]  **BY POSTING & MAILING** After unsuccessfully attempting to locate residents and there being no person of suitable age or discretion to be found, **I POSTED** a copy for each of the residents in a conspicuous location on the premises, **AND I MAILED** by first-class mail on the same day as posted, a copy to each of the residents by placing in the United States Mail in a sealed, postage-paid envelope, addressed to the residents where the property is situated.  I am unaware of any alternate address or usual place of business other than the address as indicated above.

    Date of Service: _____7/11/13_____
                           (date)

I declare under penalty of perjury under he laws of the state of California that the foregoing is true and correct and if sworn as a witness could competently testify thereto.

Dated:_____7/11/13_____         _____

                                 (Signature)

                           Donald Robinson
                           (Name, printed or typed)

Registration County: Los Angeles

Registration number: 6471
Company Name:    DRS LEGAL SUPPORT
Company Addr:     1110 ROYAL OAKS DR.
Addr line 2:        MONROVIA, CA 91016
Phone number:     626-421-3533



LASC - FILINGS
111 N. HILL STREET
LOS ANGELES CA 90012

Filing Completion Form

DATE PAID: 07/16/13   09:04 AM
RECEIPT #: CCH240110014

CIT/CASE:  13U08446
LEA/DEF#:

Short Title: Martingale Investments, LLC v Frausto

Address:      5213 Cronus Street
              Los Angeles, CA 90032

PAYMENT:    $240.00        310
RECEIVED:
  CHECK:              $240.00
  CASH:                $0.00
  CHANGE:              $0.00
  CARD:                $0.00

*13*
*8446*

It is the policy of Law Offices of Sam Chandra, APC to have 94% of all new eviction
matters filed within 1 court day.

This form must be completed & returned to this office (fax ok (626) 305-0556) **within 1
court day of the day of filing.**

Form Due back to this office:        July 19, 2013

RECEIVED

JUL 1 6 2013

A.S.O.S.D.

7/16/13 @ 9:04am

SLt $25⁰⁰

LASC

33

SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

NOTICE OF ORDER TO SHOW CAUSE

UNLAWFUL DETAINER CASES

13 U 0 8 4 4 6

> DEFENDANTS AND TENANTS HAVE FIVE CALENDAR DAYS AFTER THE SUMMONS AND LEGAL
> PAPERS ARE SERVED TO FILE A WRITTEN RESPONSE WITH THE COURT AND HAVE A COPY
> SERVED ON THE PLAINTIFF. IF YOU DO NOT FILE A RESPONSE IN TIME, YOU MAY LOSE THE
> CASE. THE DATE LISTED BELOW IS FOR THE LANDLORD AND/OR PROPERTY OWNER ONLY.

An ORDER TO SHOW CAUSE HEARING RE: FAILURE TO PROSECUTE has been set as follows:

DATE: **OSC DATE** JAN 1 3 2014 TIME: **8:30 a.m.**   In DEPT:   **94**   ROOM: **723**

IT IS ORDERED THAT PLAINTIFF OR COUNSEL FOR PLAINTIFF SHALL GIVE NOTICE OF THIS ORDER TO SHOW
CAUSE by serving a copy of this Notice on all parties to this action at the time the Summons and Complaint are
served, or, if not a served party, then when such appears in the action.

This OSC has been set to address Unlawful Detainer cases that have aged 180 days since the filing of the
complaint and meet at least one of the following exceptions:

1) A complaint has been filed with no further proceedings;
2) Proof of service has been filed, but no default or default judgment entered;
3) An Answer has been filed, but no Request to Set Case for Trial-Unlawful Detainer has been filed;
4) Multiple defendants with multiple reasons from categories 1, 2, and 3; and
5) A situation that does not fall into categories 1-4.

If the appropriate documents are filed causing the case to proceed to trial or effect a final disposition, the OSC will
be advanced and vacated.

If the OSC is not advanced and vacated, the case will be processed in one of the following manners at the OSC:

1) If one or more parties appear with a request that requires a judicial determination, the litigants will be
immediately sent to the appropriate courtroom or the matter will be calendared for a future court date;
2) If the matter is calendared for a future court date and there is no appearance by any party, a COURT
ORDERED DISMISSAL WITHOUT PREJUDICE shall be entered;
3) If no appearance is made at the OSC and/or the requested document(s) is/are not filed, a COURT
ORDERED DISMISSAL WITHOUT PREJUDICE shall be entered.

GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED.

DATE: _____ JUN 0 5 2013 _____

_____
Judge (Supervising Judge)

LACIV 240 (NEW)
LASC Approved 05-13 (Temp.)
For Optional Use

NOTICE OF ORDER TO SHOW CAUSE
(Unlawful Detainer)

34

1  **Exhibit 2  Answer to Unlawful Detainer**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*NOTICE OF REMOVAL, under 28 U.S.C. § 1441*

```
1   JOHN FRAUSTO
    5213 CRONUS STREET
2   LOS ANGELES, CA.  90032
    (323)301-2587
3   Defendant(s) in Pro Per

4

5

6          SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
                              CENTRAL DISTRICT
7

8   MARTINGALE INVESTMENTS, LLC
                                              30-2013
9   _____  )    Case No.13U08446
                              )
10      Plaintiff,            )    ANSWER TO VERIFIED COMPLAINT
    vs.                       )
11                           )
                              )
12  JOHN FRAUSTO              )
    _____  )
13      Defendant,_____   )

14

15

16  Defendant(s), JOHN FRAUSTO, hereafter referred to as "DEFENDANT",

17  in response to the Plaintiff's verified complaint filed herein,

18  alleges as follows:

19  1. Denies that he or she has sufficient information to form a belief

20  as to the truth or falsity of paragraphs 1-8 of the complaint and on

21  that basis, denies the allegations.

22

23       AS INT, DEFENDANT ALLEGES THE FOLLOWING:

24              FIRST AFFIRMATIVE DEFENSE

25            Fails to State Sufficient Facts

26  2. Each purported cause of action fails to state facts sufficient to

27    constitute a basis for relief against the answering Defendant.

28
                            - 1 -
```

*36*

1    1.)  Lack of proper notice in the Notice of Default;

2    2.)  Lack of proper verification of the complaint;

3    3.)  Lack of standing;

4    4.)  Misjoinder of parties;

5    5.)  Lack of valid Trustee Sale

### Second Affirmitive Defense

#### Waiver

3.  The claims being advanced by Plaintiff are barred by the virtue of the Plaintiff's acts and/or omissions that amount to a waiver, including but, not limited to attempting to enforce a non-negotiable promissory note by way of an individual non-judicial foreclosure sale.

### Third Affirmitive Defense

#### Estoppel

4.  This answering Defendant is informed and believes and thereupon alleges that Plaintiff have engaged in conduct and activities and conduct are estopped from asserting any claims for damages or seeking any other relief against this answering Defendant.

### Fourth Affirmitive Defense

#### Failure to Mitigate Damages

5.  Plaintiff though under duty to do so, have failed and neglected to mitigate their damages and, therefore, cannot recover against this answering Defendant whether as alleged or otherwise.

### Fifth Affirmative Defense

#### Statue of Frauds

6.  The present action is barred by application of the Statute of Frauds because the Trustee that conducted the non-judicial

- 2 -

1  foreclosure sale of the Defendant's property conducted the sale
2  without having possession of the alleged promissory note executed by
3  this answering Defendant.

4  **Sixth Affirmative Defense**

5  Statute of Limitations

6  7.  The present action is barred by application of the applicable
7  statute of limitations.

8  **Seventh Affirmative Defense**

9  Unclean Hands

10 8.  By virtue of Plaintiff's conduct, Plaintiff is barred from
11 recovery therein by the doctrine of unclean hands.

12 **Eighth Affirmative Defense**

13 Standing

14 9.  These answering Defendant allege that the Plaintiff does not have
15 standing because Plaintiff's standing is based solely upon an invalid
16 Trustee's Deed Upon Sale, which based upon the enforcement of a
17 promissory note that was not negotiable pursuant to California
18 Commercial Code section 3203 et seq.

19 **Ninth Affirmative Defense**

20 Reservation of Defendant

21 10.  Defendant hereby reserves all defenses unknown at the time of
22 filing this response.

23 **Tenth Affirmative Defense**

24 Defendant Was Not Served With a Notice to Quit

25 11.  Defendant has lost home in foreclosure, and was NOT issued a
26 notice to quit given three days (by U.S. Mail) re: Civil Code 1013.
27 Plaintiff did not properly serve Notice to Quit.

28

1

### Eleventh Affirmative Defense

2          Defendant Was Not Properly Served the Unlawful Detainer

3   12. Defendant was not **personally served** with the Unlawful Detainer

4   Summons. It was left at the door with no personal service attempted.

5

6

7

8

9

10

11

12

13

14

15   WHEREFORE, Defendant prays as follows:

16

17

18          1. That Plaintiff take nothing in this action

19          2. That the Complaint be dismissed with prejudice:

20          3. For any attorney's fees allowed by law:

21          4. For cost herein incurred;

22   DATED: 08/26/13

23                                       JOHN FRAUSTO

24                          Defendant Appearing In Propia Persona

25

26

27

28

1

<u>***VERIFICATION***</u>

2

3   STATE OF CALIFORNIA

4   COUNTY OF LOS ANGELES

5

6   I, JOHN FRAUSTO, the undersigned say I am the Defendant in this case

7   and generally denies action. I have read the Answer within and know

8   the contents of it, and the same is true of my knowledge except as to

9   matters which are stated upon my own information and/ or belief,

10  which I believe to be true.  I declare, under the penalty of perjury,

11  that the following is true and correct.

12

13  Executed on:    08/26/13

14

15  _____

16  JOHN FRAUSTO

17  Defendant Appearing In Propia Persona

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE BY MAIL

My address is P.O. BOX 9283, BREA CA. 92821

On AUGUST    ᵀᴴ, 2013, I served the within:

I served the ANSWER in the above titled action, by placing a copy

Thereof, by depositing true copies thereof, enclosed in separate, sealed

envelopes, with the postage thereon fully prepaid, in the United States

Postal mail in BREA, California, addressed as follows:

**SAM CHANDRA**

**LAW OFFICES OF SAM CHANDRA**

710 S. MYRTLE AVE., #600

MONROVIA, CA.  91016-2171           (626)-256-4999

CASE #13U08446

I am, and was at the time herein-mentioned mailing took place, a resident of

or employed in the County where mailing occurred, over the age of eighteen

years old and not a party to the within cause.

I declare under penalty of perjury under the laws of California and of the

United States of America that the foregoing is true and correct.

Dated: 08/*26*/13

                              X _~John Tor~_____

                              Declarant (signature)

                              ___John Torres_____

                              Declarant (print name)

- 6 -

*41*

1

**CERTIFICATE OF SERVICE**

2

3    State of California                )
                                        )ss.
4    County of Los Angeles              )

5    On September 18, 2013, I, undersigned, do hereby certify that I am over the age of eighteen (18),
6    and not an interested party to the above referenced matter, and I deposited in the mail at Los
     Angeles, California, a true and correct copy of the following document:
7                            **"NOTICE OF REMOVAL"**
     and a signed copy of this declaration, via first class , with postage pre-paid and addressed to the
8    following:

9        Counsel for MARTINGALE INVESTMENTS, LLC

10
     Sam Chandra
11   Law Offices of Sam Chandra, APC
     700 S. Myrtle Ave., Suite 600
12   Monrovia, CA 91016-2171
     Phone: 626-256-4999
13   Fax: 626-305-0556

14
     I certify and declare under penalty of perjury that the foregoing is true and correct.
15

16
     Date:    September 18, 2013
17

18                                  _____
                                    Declarant J. Torres
19                                  P.O. Box 9281, Brea, CA 92822

20

21

22

23

24

25

26

27

28

*NOTICE OF REMOVAL, under 28 U.S.C. § 1441*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge _____S. James Otero_____ and the assigned Magistrate Judge is _____Michael R. Wilner_____ .

The case number on all documents filed with the Court should read as follows:

## CV13-6871-SJO(MRWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

_____September 18, 2013_____
Date

By ___C. Sawyer_____
Deputy Clerk

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

| [x] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring Street, G-8 | 411 West Fourth St., Ste 1053 | 3470 Twelfth Street, Room 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701 | Riverside, CA 92501 |

**Failure to file at the proper location will result in your documents being returned to you.**

CV-18 (08/13)                    NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

MARTINGALE INVESTMENTS, LLC

**DEFENDANTS** ( Check box if you are representing yourself ☒ )

JOHN FRAUSTO

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Sam Chandra 203942 / Law Offices of Sam Chandra, APC
710 S. Myrtle Ave., Ste. 600
Monrovia , CA 91016
626-256-4999

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
5213 Cronus Street
Los Angeles ,CA 90023
Tel. 323-301-2587

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1. Original Proceeding

☒ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT: $** 10,000 plus possession

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Federal Agency Real Party In Interest Title 28 US Section 1441 et seq, violation of banking and securities law, civil rights violation

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☒ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

FOR OFFICE USE ONLY:  Case Number:

CV13- 6871

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

CV-71 (02/13)                                    CIVIL COVER SHEET                                    Page 1 of 2

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ NO  ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _____  DATE: Sept 18 2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |